79

(No. 5708— 

JOHNSON OFFICE SUPPLY, INC., Claimant, *vs*. STATE OF ILLINOIS, Respondent.

*Opinion filed July 9, 1970.*

FRED CARMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5711— 

ST. JOSEPH HOSPITAL, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

ST. JOSEPH HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5713— 

THE FIELD AND SHORB COMPANY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, Respondent.

*Opinion filed July 9, 1970.*

THE FIELD AND SHORB COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

Dove, J.

(No. 5719—)

Mercy Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed July 9, 1970.*

Mercy Hospital, Claimant, pro se.

William J. Scott, Attorney General; Lee D. Martin, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 5720—)

Rich Truck Sales and Service, Inc., Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed July 9, 1970.*

Rich Truck Sales and Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

On December 4, 1969, Rich Truck Sales and Service, Inc., filed a complaint in this Court seeking an award of $248.70 for work done on a truck of the Division of Highways.